JAIME A. LEANOS, Esq. - SBN: 159471
LAW OFFICES OF MORALES & LEANOS
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone:   (408) 294-6800
Facsimile:   (408) 294-7102
E-mail:      jleanoslaw@pacbell.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| B.H.N., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, CARLOS HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN BYERS, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO:  CV 14-3768<br><br>[PROPOSED] ORDER APPOINTING CARLOS HERNANDEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF B.H.N. |

////
////
////
////

-1-

ORDER APPOINTING GUARDIAN AD LITEM

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the application of CARLOS HERNANDEZ for appointment as Guardian Ad Litem for B.H.N., who is a minor plaintiff in the above-referenced action and good cause appearing, IT IS ORDERED that CARLSO HERNANDEZ be appointed Guardian Ad Litem for B.H.N. in the above-referenced action.

Dated: August 22, 2014



UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING GUARDIAN AD LITEM