United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

B. H. N.,

          Plaintiff,

     v.

JONATHAN BYERS,

          Defendant.

Case No.  14-cv-03768-BLF

**CASE MANAGEMENT ORDER**

On January 29, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Disclosure of Expert Reports | 09/30/2015 |
| Fact Discovery Cut-Off | 07/31/2015 |
| Expert Discovery Cut-Off | 10/30/2015 |
| Last Day to Hear Dispositive Motions | 02/11/2016 at 9:00 am. |
| Final Pretrial Conference | 05/05/2016 at 2:30 pm. |
| Trial | 05/23/2016 at 9:00 am. |

1          IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2    are referred to the assigned Magistrate Judge.

3          IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4    orders, which are available on the Court's website and in the Clerk's Office.

5          IT IS FURTHER ORDERED THAT this case is referred to Early Neutral Evaluation.

6

7    Dated:  January 29, 2015

8    _____

9    BETH LABSON FREEMAN
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2